ALFRED T. DAVISON, Respondent, *v.* HENRY LISSBERGER, Appellant.

(Argued December 1, 1930; decided January 6, 1931.)

*Remsen B. Ostrander* for appellant.

*Alfred T. Davison* and *Alex R. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.